# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DALE WILLIAM GILLEY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:21-cv-00125-RDP-HNJ |
| CULLMAN COUNTY CIRCUIT COURT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff, Dale William Gilley, Jr., filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). The undersigned entered a report on March 1, 2021, recommending the court dismiss the complaint without prejudice pursuant to 28 U.S.C. § 1915(g) because Mr. Gilley failed to pay the filing fee of $402.00 at the time he filed the complaint. (Doc. 2). On June 29, 2021, Mr. Gilley paid the $402.00 filing fee. (Doc. 16). Accordingly, the report and recommendation (Doc. 2) is **WITHDRAWN**.

The Clerk is **DIRECTED** to send Mr. Gilley a copy of this order.

**DONE** this 12th day of July, 2021.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE